EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Wilfredo Cruz Liciaga | 2018 TSPR 10 <br><br> 199 DPR ____ |

Número del Caso: TS-17,808

Fecha: 25 de enero de 2018

Abogado de la parte peticionaria:

     Por derecho propio

Oficina de Inspección de Notarías:

     Lcdo. Manuel E. Dávila de Jesús
     Director

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Wilfredo Cruz Liciaga          **TS-17808**


**RESOLUCIÓN**

San Juan, Puerto Rico, a 25 de enero de 2018.

Examinada la *Moción Solicitando Reinstalación,* se autoriza la reinstalación al Sr. Wilfredo Cruz Liciaga únicamente al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo

caj